UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Malik Ellis
AKA Malik Ellis 8951400742

**15CV 9531**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York
Deputy Warden Dunbar
Captain Johnson
CO George 18912
CO Paullucklo 7093
CO Gonzalez 11668
CO Negron 2019

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Anthony Malik Ellis
             ID #    8951400742
             Current Institution    Otis Bantum Correctional Center
             Address    16-00 Hazen Street
                        East Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    Deputy Warden Dunbar    Shield #_____
                   Where Currently Employed    OBCC
                   Address    16-00 Hazen Street
                              East Elmhurst NY 11370

Rev. 05/2010

1

Defendant No. 2   Name Captan Johnson #834 and Co George #78912   Shield # _____
Where Currently Employed OBCC
Address 16-00 Hazen Street
East Elmhurst NY 11370

Defendant No. 3   Name Co Panlluccio   Shield # 7039
Where Currently Employed OBCC
Address 16-00 Hazen Street
East Elmhurst NY 11370

Defendant No. 4   Name Co B. Gonzalez   Shield # 11068
Where Currently Employed OBCC
Address 16-00 Hazen Street
East Elmhurst NY 11370

Defendant No. 5   Name Co Negron   Shield # 3019
Where Currently Employed OBCC
Address 16-00 Hazen Street
East Elmhurst NY 11370

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
OBCC

B.   Where in the institution did the events giving rise to your claim(s) occur?
In the Segregation Intake and 3 south

C.   What date and approximate time did the events giving rise to your claim(s) occur?
At on Sep October 1, 2015 at 1:00 pm

Rev. 05/2010

2

D.  Facts: _See Attached_

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was not allowed to go to court, which caused me the injury of staying in jail for 1 and a half months longer than I should've or had to be.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

1. ON the date and approximately at 1:00 pm ~~September 30~~ October 28, 2015 at 1:00 pm while Being Recieved in the segregation intake CO george told the captain captain johnson that I Rung through the metal detector. I then cleared the Magnometer twice in front of CO george.

2. At this point captain johnson came and asked me to get Ready to go to Isolation. I told him I cleared the magnometer and am Requesting a chance to clear in front of him. He told me go through the mag, I went through. He then told me walk through slow. I Rang, then I Requested one last chance to clear. I walked through the magnometer twice and did Not Ring and captain johnson sent me to Isolation for 8 days.

3. During this 8 Days of Cruel and unusual punishment I awaited another chance to clear the magnometer and an X-Ray after taking an X-Ray the following monday I was still held in Isolation for 3 more days. I was Denied the Right to attend court on monday the 5th of october. And Recieved No Recreation No phone call to my Lawyer or Recieved incoming or outgoing mail.

4. on the 3rd, 4th, and 5th I was accosted several different times by CO Paullucao who continued to make Racial comments and harrass myself and my ~~negro~~ nieghbor in 5 cell.

5. on 10/7/2015 CO Negron and CO Gonzalez denied me clean cold water and the window crank to open my window because the Temperature in my cell was over 80° due to the Heat being turned on on the 5th, also captain Augustini and Deputy Warden Dunbar Reinforced CO Gonzalez's Decision to NOT give me the window crank or take me out of my cell for the CO to open my window.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **OBCC**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓    No      Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___    No ✓    Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓    No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___    No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **In OBCC**

   1. Which claim(s) in this complaint did you grieve? **All**

   2. What was the result, if any? **Non Grievable Issue**

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **Appealed the Grievence**

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                     4

when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want to be compensated for pain and suffering and the 1½ month I spent incarcerated due to the unlawful Isolation that caused me to miss court. And Punitive Damages for CO George's and Captain Johnsons Deliberate disregard for my Civil Rights. to be determined at the disposition of this Suit. Also injunctive relief that the City of New York Stop using Isolation as a Punishment.

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

Rev. 05/2010                               5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending?  Yes ____  No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

☐ On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓   No ____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Anthony Malik Ellis

Defendants  City of New York et al

2. Court (if federal court, name the district; if state court, name the county) Southern District of New York

3. Docket or Index number  15 CV 4121
4. Name of Judge assigned to your case  Alison J Nathan
5. Approximate date of filing lawsuit  5/25/15
6. Is the case still pending?  Yes ✓  No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  None to date.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff  _Anthony Holt Jr_ (signed)

Inmate Number  _8951400742_

Institution Address  _16-00 Hazen Street_
_East Elmhurst NY_
_11370_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Anthony Malik Bils
8951400747
16-00 Hazen Street
East Elmhurst NY 11370

USM P3
SDNY

★ Legal mail ★

United States District Court
Southern District of New York
Pro Se Office
500 Pearl Street
New York NY 10007

2015 DEC -4 PM 3:55
RECEIVED
SDNY PRO SE OFFICE